# EXHIBIT A

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **16-CI-005807**<br>Court:    **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **LENIHAN, MOLLY VS. HILTON SYSTEMS SOLUTIONS, LLC**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
       **421 WEST MAIN STREET**
       **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**HILTON SYSTEMS SOLUTIONS, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **11/25/2016**

Package:000002 of 000022

Presiding Judge: HON. OLU A. STEVENS (630305)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Summons ID: 3517982476063@00000803139,
CIRCUIT: 16-CI-005807 Certified Mail
LENIHAN, MOLLY VS. HILTON SYSTEMS SOLUTIONS, LLC



Page 1 of 1

eFiled

Package : 000002 of 000022

Filed        16-CI-005807    11/25/2016        David L. Nicholson, Jefferson Circuit Clerk

CIVIL ACTION NO. _____    JEFFERSON CIRCUIT COURT

DIVISION_____

JUDGE: --------------

MOLLY LENIHAN                                                                                    PLAINTIFF
428 WEST OAK ST.
LOUISVILLE, KY 40203

V.

**COMPLAINT**
(Electronically Filed)

HILTON SYSTEMS SOLUTIONS, LLC                                              DEFENDANT
7930 JONES BRANCH DRIVE
MCCLEAN, VA 22102

SERVE:    Corporation Service Company
          421 WEST MAIN STREET
          FRANKFORT, KY 40601

### I.    INTRODUCTION

Comes the Plaintiff, **MOLLY LENIHAN** (hereinafter "**LENIHAN**" or "Plaintiff"), and for her Complaint against the Defendant HILTON SYSTEMS SOLUTIONS, LLC ,. (hereinafter "**Hilton**" or "Defendant") states as follows:

### II.    PARTIES

1. **LENIHAN** is individuals living in Kentucky.

2. **HILTON** is a foreign corporation doing business in Kentucky.

### III.    JURISDICTION AND VENUE

3. **HILTON** is a foreign corporation.

4. **LENIHAN** is a Kentucky resident living in JEFFERSON County, Kentucky.

5. **HILTON** regularly transacts business in JEFFERSON County, Kentucky.

Page 1

6. Venue is proper in JEFFERSON County, Kentucky, pursuant to Kentucky Revised Statutes ("KRS"), Chapter 452, because the events that give rise to the causes of action in this case occurred in JEFFERSON County, Kentucky.

7. A case and controversy exists between the parties to this action and the amount in controversy exceeds the jurisdictional minimum of this Circuit Court but is less than $75,000 inclusive of fees, punitive damages and the fair vale of any injunctive relief.

6. LENIHAN is a former employee of Hilton. Plaintiff worked for Hilton in 2016 at its Hilton Garden Inn location at 350 West Chestnut Street, Louisville, Kentucky, 40202, USA.

7. LENIHAN worked for Hilton as a house keeper.

8. LENIHAN worked for Hilton performing various house keeping duties.

9. During Plaintiff's employment LENIHAN disclosed that she suffered from a disability and requested reasonable accomdations from the Defendant.[1] Additionally, the Plaintiff sought medical treatment and time off to treat Plaintiff's disability. Subsequent to Plaintiff's disclosure the Defendant perceived the Plaintiff as disabled. The Defendant also directly discriminated against the Plaintiff based on Plaintiff's disability.

10. In response to the discriminatory actions, the Plaintiff complained and was thereafter terminated in retaliation for Plaintiff's complaints.

## IV.  CLAIMS AND CAUSES OF ACTION

### A.  RETALIATION

---

[1] Plaintiff suffered from a spinal injury and required surgery.

11. LENIHAN re-alleges all allegations contained in Paragraphs 1 through 10 above as if fully set forth herein.

12. Defendant's actions as set forth above, constitute retaliation and unlawful discharge in violation of KRS 344.280 et seq.

### B. DISABILITY DISCRIMINATION

13. LENIHAN re-alleges all allegations contained in Paragraphs 1 through 12 above as if fully set forth herein.

14. The Defendant's actions constitutes perceived as regarded as disability discrimination, disability discrimination, and failure to accommodate.

### C. RECOVERY OF ATTORNEY'S FEES AND COSTS

15. LENIHAN re-alleges all allegations contained in Paragraphs 1 through 14 above as if fully set forth herein.

16. LENIHAN is entitled to recover Plaintiff's attorney's fees and costs pursuant to the provisions of KRS 344 et seq.

### VI. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff **LENIHAN** respectfully prays that Plaintiff be awarded the following relief and all other relief to which Plaintiff may be entitled:

A. Trial by jury;

B. Judgment against the Defendant on all claims asserted herein;

C. Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D. Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

Filed          16-CI-005807   11/25/2016         David L. Nicholson, Jefferson Circuit Clerk

E. Punitive damages to punish and deter similar future unlawful conduct;

F. An award of statutory attorney fees, costs and expenses; and

G. Statutory interest on all damage awards, verdicts or judgments.

H. To all other relief to which it may appears Plaintiff is entitled.

Respectfully submitted,

/S/ Kurt A. Scharfenberger

_____

Kurt A. Scharfenberger
800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
(502) 561-0777 (phone)
(502) 136-0888 (fax)
Kurt@scharfenberger-law.com

*Attorney for the Plaintiff* **MOLLY LENIHAN**

Package:000006 of 000022

Presiding Judge: HON. OLU A. STEVENS (630305)

Package : 000006 of 000022

Filed          16-CI-005807   11/25/2016         David L. Nicholson, Jefferson Circuit Clerk