**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| Molly Lenihan, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:16-cv-825-TBR |
| | ) | |
| v. | ) | Judge: The Honorable Thomas B. |
| | ) | Russell |
| Hilton Systems Solutions, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER REMANDING TO STATE COURT**

Plaintiff Molly Lenihan ("Plaintiff") and Defendant Hilton Systems Solutions, LLC,

through their counsel of record, submit the following Stipulation to remand this matter to

Jefferson County Circuit Court and in support of such stipulation state as follows:

Plaintiff filed a Complaint against Defendant in Jefferson County Circuit Court with a

service date of December 5, 2016.

The action was removed to this Court on December 27, 2016.

Subsequent conversations between counsel has clarified that under the terms of the

Complaint, Plaintiff seeks damages, costs, and fees (including attorney's fees) totaling less than

$75,000, thereby precluding diversity jurisdiction under 28 U.S.C. § 1332.

The Parties stipulate and agree to remand this action to Jefferson County Circuit Court.

THEREFORE, IT IS STIPULATED AND AGREED that this action shall be remanded

to Jefferson County Circuit Court, with the parties to bear their own attorney's fees and costs.

No fees or costs shall be awarded in connection with this remand.

SO ORDERED:

**STIPULATED AND AGREED TO BY, this 28th day of December, 2016:**


*/s/ Brent R. Baughman*                          */s/ Kurt A. Scharfenberger*
Brent R. Baughman                                Kurt A. Scharfenberger
BINGHAM GREENEBAUM DOLL LLP                      THE SCHARFENBERGER LAW OFFICE
3500 National City Tower                         800 Kentucky Home Life Building
101 South Fifth Street                           239 South Fifth Street
Louisville, Kentucky 40202-3197                  Louisville, Kentucky  40202
Telephone:  (502) 587-3559                       Telephone:  (502) 561-0777
Facsimile:  (502) 540-2157                       Facsimile:  (502) 236-0888
E-mail:  bbaughman@bgdlegal.com                  E-mail:  kurt@scharfenberger-law.com

COUNSEL FOR DEFENDANT                            COUNSEL FOR PLAINTIFF

17973180_1.doc

2