IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| Molly Lenihan, | ) |
| | ) |
|     Plaintiff, | ) Case No.: 3:16-cv-825-TBR |
| | ) |
| v. | ) Judge: The Honorable Thomas B. Russell |
| | ) |
| Hilton Systems Solutions, LLC, | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION AND ORDER REMANDING TO STATE COURT

Plaintiff Molly Lenihan ("Plaintiff") and Defendant Hilton Systems Solutions, LLC, through their counsel of record, submit the following Stipulation to remand this matter to Jefferson County Circuit Court and in support of such stipulation state as follows:

Plaintiff filed a Complaint against Defendant in Jefferson County Circuit Court with a service date of December 5, 2016.

The action was removed to this Court on December 27, 2016.

Subsequent conversations between counsel has clarified that under the terms of the Complaint, Plaintiff seeks damages, costs, and fees (including attorney's fees) totaling less than $75,000, thereby precluding diversity jurisdiction under 28 U.S.C. § 1332.

The Parties stipulate and agree to remand this action to Jefferson County Circuit Court.

THEREFORE, IT IS STIPULATED AND AGREED that this action shall be remanded to Jefferson County Circuit Court, with the parties to bear their own attorney's fees and costs. No fees or costs shall be awarded in connection with this remand.

SO ORDERED: